ALVARADO v FORD MOTOR COMPANY

UNEMPLOYMENT COMPENSATION—EMPLOYMENT SECURITY APPEAL
    BOARD—APPEAL AND ERROR—JURISDICTION—STATUTES.
    The statute which requires that an unemployment compensation
    claimant take his appeal from the Employment Security Ap-
    peal Board to the circuit court in the county in which he
    resides or Ingham County is jurisdictional in nature and in no
    way refers to venue (MCLA 421.38).

Appeal from Wayne, John D. O'Hair, J. Submit-
ted Division 1 January 9, 1973, at Detroit. (Docket
Nos. 12605, 12614.) Decided March 1, 1973. Leave
to appeal denied, 389 Mich 816.

Appeal by Lewis G. Alvarado and others, em-
ployees of Ford Motor Company, from a decision of
the Employment Security Appeal Board. Appeal
dismissed by the circuit court. Plaintiffs appeal.
Affirmed.

*Stephen I. Schlossberg, John A. Fillion,* and
*Jordan Rossen,* for plaintiffs.

*Wright Tisdale (Joseph A. O'Reilly* and *Richard
A. Fellrath,* of counsel), for defendant Ford Motor
Company.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, and *Felix E. League,*
Assistant Attorney General, for defendant Michi-
gan Employment Security Commission.

REFERENCE FOR POINTS IN HEADNOTE
48 Am Jur 2d, Labor and Labor Relations § 392.

Before: J. H. GILLIS, P. J., and BASHARA and O'HARA,* JJ.

PER CURIAM. The appellants appeal an order dismissing an appeal taken from the Employment Security Appeal Board to the Wayne County Circuit Court.

Several of the parties to this action were not aggrieved by the decision of the appeal board and were in fact benefited by the decision of that administrative body. They therefore have no grounds to complain.

The remaining parties were not residents of Wayne County at the time the appeal was taken to the Wayne County Circuit Court. MCLA 421.38; MSA 17.540, requires that a claimant take his appeal to the circuit court in the county in which he resides or Ingham County. This statute has been interpreted to be jurisdictional in nature and in no way refers to venue. *Peplinski v Employment Security Commission,* 359 Mich 665 (1960).

Affirmed.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.